1    T. MARK SMITH, ESQ. (SBN – 162370)
     JOSEPH A. WERNER, ESQ. (SBN – 278459)
2    CLIFFORD & BROWN
     A Professional Corporation
3    Attorneys at Law
     Bank of America Building
4    1430 Truxtun Avenue, Suite 900
     Bakersfield, CA  93301-5230
5    Tel: (661) 322-6023   Fax: (661) 322-3508

6    Attorneys for plaintiff, WILLIAM DALE HOWARD

7    W. KEITH LEMIEUX, ESQ. (SBN – 161850)
     MICHAEL SILANDER, ESQ. (SBN – 202609)
8    LEMIEUX & O'NEILL
     4165 East Thousand Oaks Blvd., Suite 350
9    Westlake Village, CA 91362
     Tel: (805) 495-4770   Fax: (805) 495-2787
10
     Attorneys for defendant, CITY OF RIDGECREST
11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                              * * *

15   WILLIAM DALE HOWARD,                    **CASE NO. 1:12-CV-01232-AWI-JLT**
                                             *Complaint filed:  12/21/2011*
16                                           *Trial Date: NONE SET*

17              Plaintiff,

18                                           **STIPULATION AND ORDER TO
                                             CONTINUE JOINT SCHEDULING
19        vs.                                CONFERENCE**

20

21   CITY OF RIDGECREST, a municipal
     corporation; and DOES 1 through 20, inclusive,
22                                           DATE: Nov. 28, 2012
                                             TIME:  9:00 a.m.
     Defendants.                             DEPT:  510 19th Street, Bakersfield, CA
23

24

25

26        **COME NOW**, Plaintiff WILLIAM DALE HOWARD and Defendant CITY OF

27   RIDGECREST, and hereby submit a Stipulation to Continue Scheduling Conference as follows:

28        WHEREAS, Plaintiff WILLIAM DALE HOWARD and Defendant CITY OF RIDGECREST

                                      1
     STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE

1    are currently negotiating toward a resolution of this matter without requiring Court intervention;

2         WHEREAS, Plaintiff and counsel for Plaintiff is scheduled to meet with counsel for and

3    representatives of Defendant CITY OF RIDGECREST regarding the above-identified matter, along

4    with another matter pending in the Superior Court for the State of California, County of Kern, on

5    December 6, 2012;

6         WHEREAS, the above-referenced meeting between counsel and the principals is intended as

7    an opportunity for the parties to negotiate a full resolution of the various claims and actions pending

8    between WILLIAM DALE HOWARD and the CITY OF RIDGECREST;

9         WHEREAS, IT IS HEREBY STIPULATED by and between the parties, through their

10   respective counsel of record, that it is in the interest of justice and judicial economy for the

11   Mandatory Scheduling Conference to be re-scheduled to take place at a time after January 1st, 2013

12   in order to provide a full opportunity to resolve the pending matter(s) and file a Joint Scheduling

13   Conference Report, should such a Report be necessary;

14

15   DATED:  November 21, 2012                    CLIFFORD & BROWN

16

17                                               By _____/s/_____
                                                    T. MARK SMITH, ESQ.
18                                                  Attorneys for plaintiff,
                                                    WILLIAM DALE HOWARD
19

20

21   DATED:  November ___, 2012                  LEMIEUX & O'NEILL

22

23                                               By _____
                                                    MICHAEL SILANDER, ESQ.
24                                                  Attorneys for defendant,
                                                    CITY OF RIDGECREST
25

26

27

28

STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE

1

**ORDER**

2

3      Good cause appearing, the Court **ORDERS**:

4      1.      The Scheduling Conference currently set for November 28, 2012 is continued to

5   January 3, 2013 at 9:00 a.m.;

6      2.      Counsel **SHALL** file a notice of settlement within three court days of settlement.

7

8   IT IS SO ORDERED.

9      Dated:    **November 26, 2012**                    **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE