UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DALE HOWARD,<br><br>         Plaintiff,<br><br>   vs.<br><br>CITY OF RIDGECREST, et al.,<br><br>         Defendants. | CASE NO. 1:12-CV-01232 AWI JLT<br><br>**ORDER DENYING STIPULATION TO CONTINUE JOINT SCHEDULING CONFERENCE**<br><br>**(Doc. 17)** |

Before the Court is the second stipulation to continue the scheduling conference. (Doc. 17) As in the first stipulation, the parties assert they wish to have settlement discussions. Id. They provide no explanation why these efforts could not have occurred in the month-long extension of time the Court granted previously nor do they detail the efforts that they will make in the event the conference is continued. Therefore, the parties have failed to establish good cause for the stipulated continuance and the stipulation is **DENIED**.

Having failed to do so thus far, the parties **SHALL** file their joint scheduling conference statement **no later than January 2, 2013.**

IT IS SO ORDERED.

Dated:   **December 28, 2012**               **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28