1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

WILLIAM DALE HOWARD,

**CASE NO. 1:12-CV-01232 AWI JLT**

12

Plaintiff,

13

vs.

**ORDER GRANTING REQUEST TO CONTINUE JOINT SCHEDULING CONFERENCE**

14

CITY OF RIDGECREST, et al.,

15

Defendants.

**(Doc. 19)**

16
17
18

Before the Court is the request to reconsider its order denying the parties' second stipulation

19

to continue the scheduling conference. (Doc. 19)  The Court denied the stipulation on December 28,

20

2012 because the parties failed to demonstrate good cause for the continuance.  (Doc. 18)  However,

21

now, Plaintiff's counsel reports that the parties have undergone a settlement conference on December

22

13, 2012 and have, largely, come to terms.  (Doc. 19 at 2-3)  Counsel reports that Plaintiff anticipates

23

making a settlement counter-offer this week.  Id. at 3.

24

Based upon the foregoing, the Court **ORDERS**,

25

1.      The request to continue the scheduling conference is **GRANTED**;

26

2.      The scheduling conference is continued to February 4, 2013 at 9:00 a.m.  Counsel

27

**SHALL** file a joint scheduling conference statement in advance of the conference as set forth in the

28

Court's July 7, 2012 order.  (Doc. 3 at 3-8)  Counsel may appear via CourtCall.

1

**<u>Absolutely no further continuances of the scheduling conference will be permitted.</u>**

2

3   IT IS SO ORDERED.

4      Dated:   **January 2, 2013**                              **/s/ Jennifer L. Thurston**

5                                                               UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28