# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM DALE HOWARD,**<br><br>　　　　**Plaintiff**<br>　　v.<br><br>**CITY OF RIDGECREST, a California MUNICIPALITY, and does 1 through 20, inclusive,**<br><br>　　　　**Defendant.** | **CASE NO. 1:12-CV-1232 AWI JLT**<br><br>**ORDER VACATING NOVEMBER 25, 2013 HEARING DATE** |

Defendant has noticed for hearing and decision a motion for judgment on the pleadings. The matter was scheduled for a hearing to be held on November 25, 2013. Plaintiff failed to file either an opposition or a notice of non-opposition 14 days before the hearing date. See Local Rule 230(c). The Court has reviewed the motion for judgment on the pleadings and the applicable law and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 25, 2013 is VACATED, and no party shall appear at that time. As of November 25, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 22, 2013                    _____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE